# IN THE SUPREME COURT OF THE STATE OF NEVADA

LISA ANN WILDER, AN INDIVIDUAL,
Appellant,

vs.

KURT S. MASON,
Respondent.

No. 76078

**FILED**

NOV 19 2018



## *ORDER DISMISSING APPEAL*

We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because it appeared that the district court had not yet entered an appealable order. *See* NRAP 3A(b). Appellant has now filed a notice of withdrawal of appeal. We treat the notice as a motion to voluntarily dismiss this appeal and, cause appearing, grant the motion. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:  Hon. Tierra Danielle Jones, District Judge
     Ladah Law Firm
     Law Offices of Karl H. Smith/Las Vegas
     Eighth District Court Clerk

18-904777